Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NADAR A. GAD,<br><br>Defendant. | NO. CR18-00316JLR<br><br>[~~Proposed~~] ORDER CONTINUING DUE DATE FOR GOVERNMENT'S RESPONSES TO DEFENDANT'S PRETRIAL MOTIONS |

This Court being familiar with the records and files herein, and having considered the governments' unopposed motion for an extension of time to file responses to defendant, NADAR A. GAD's pretrial motions, hereby enters the following order extending the time for the government to file its responses no later than __6/28/2019__.  The defendant's reply briefs shall be due no later than __7/3/2019__.

Dated this __18th__ day of __June__, 2019.

_____
JAMES L. ROBART
United States District Judge
Western District of Washington

Presented by:

s/Bruce F. Miyake
BRUCE F. MIYAKE
Assistant United States Attorney

ORDER/U.S. v. NADAR A. GAD - 1
CR18-00316JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970